**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Romic Environmental Technologies, Inc., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>Presvac Systems (Burlington), Ltd., a Canadian corporation; and Brant Corrosion Control, Inc., a Canadian corporation,<br><br>        Defendants.<br>_____<br>Presvac Systems (Burlington), Ltd., a Canadian corporation,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>Brant Corrosion Control, Inc., a Canadian corporation.<br><br>        Third-Party Defendant.<br>_____ | No. CV-06-1355-PHX-DGC<br><br>**ORDER** |

      The Court dismissed Third-Party Defendant Brant Corrosion Control, Inc. ("Brant") on February 20, 2007. Dkt. #37. Brant has filed a motion for award of attorneys' fees and non-taxable expenses pursuant to Rule 54.2 of the Local Rules of Civil Procedure. Dkt. #38.

Local Rule 54.2 provides that a party seeking an award of attorneys' fees and related non-taxable expenses must file a motion requesting the award within fourteen days of the entry of judgment in the action. LRCiv 54.2(b)(1); *see* Fed. R. Civ. P. 54(d)(2)(B) (same). The Court has not entered a final judgment in this case pursuant to Rule 58 or Rule 54(b) of the Federal Rules of Civil Procedure. Brant's motion is thus premature. The Court will deny the motion without prejudice and with leave to re-file upon the entry of final judgment in this case. *See Holy Trinity Greek Orthodox Church v. Church Mut. Ins. Co.*, No. CIV-04-1700-PHX-SMM, 2006 WL 1889542, at *2 (D. Ariz. July 6, 2006) (denying motion for attorneys' fees as premature).

**IT IS ORDERED** that Third-Party Defendant's motion for award of attorneys' fees and non-taxable expenses (Dkt. #38) is **denied without prejudice**. Third-Party Defendant may re-file the motion upon the entry of final judgment in this case.

DATED this 27th day of March, 2007.

_____
David G. Campbell
United States District Judge